UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| TEXAS HEMATOLOGY-ONCOLOGY | ) | |
| CENTER, P.A., | ) | 08-34204-HDH-11 |
| | ) | |
| Debtor. | ) | |
| -------------------------------------------------- | ) | |
| TEXAS HEMATOLOGY-ONCOLOGY | ) | |
| CENTER, P.A., | ) | |
| | ) | CIVIL ACTION NO. |
| Appellant, | ) | |
| | ) | 3:09-CV-0354-G |
| VS. | ) | |
| | ) | |
| PATIENTS' COMPREHENSIVE | ) | ADVERSARY NO. |
| CANCER CENTER, L.P., | ) | 09-3038-HDH |
| | ) | |
| Appellee. | ) | |

## ORDER

A motion to withdraw the reference was filed by the defendant on February 23, 2009. The United States Bankruptcy Court conducted a status conference concerning the motion on March 27, 2009, pursuant to 11 U.S.C. § 105(d). The appellant opposes the motion. After consideration, the court hereby **ADOPTS** the recommendation of the bankruptcy court and **DENIES** the motion, consistent with

District Judge Barbara M.G. Lynn's order referring this proceeding to the bankruptcy court for trial.

**SO ORDERED**.

April 3, 2009.

/s/ A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**